AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PAULA J. KARAS,

                    Plaintiff,

        v.

SHAWS SUPERMARKET CO.,

                    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-00464-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Judgment is entered dismissing Plaintiff's Complaint and the claims therein without prejudice.

October 17, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Linda Emerson
_____
*(By) Deputy Clerk*
Linda Emerson